

Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio  43215

O   +1 614 365 2700
F   +1 614 365 2499
squirepattonboggs.com

Aneca E. Lasley
T   +1 614 365 2830
aneca.lasley@squirepb.com

February 13, 2019

**SUBMITTED BY ECF AND FACSIMILE**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007
Phone: (212) 805-0224
Fax: (212) 805-7986

      Re:    *Thor 680 Madison Ave LLC v. Qatar Luxury Group S.P.C., et al.*, 1:17-cv-08528 U.S.D.C., Southern District of New York (Foley Square)

Dear Judge Gardephe:

      On behalf of Defendant Qatar Luxury Group S.P.C. ("QLG"), we write pursuant to Section I.D. of Your Honor's Individual Rules of Practice to request the extension of deadlines in this case.

      1.    <u>The deadline(s) sought to be extended</u>.  QLG seeks to extend all the remaining discovery deadlines.

      2.    <u>The length of time requested for the extension</u>.  QLG seeks a 7-day extension for all remaining discovery deadlines.  The dates would change as follows, adjusted for those dates that would fall on weekends or holidays:

| Event | Date in November 20, 2018 Stipulation (Docket #44) | Requested Date |
|---|---|---|
| Complete fact discovery | March 18, 2019 | March 25, 2019 |
| Complete depositions of fact witnesses | March 18, 2019 | March 25, 2019 |
| Complete expert discovery | April 12, 2019 | April 19, 2019 |
| Party-proponent expert disclosures | March 11, 2019 | March 18, 2019 |

47 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

The Honorable Paul G. Gardephe
Page 2

| Party-opponent expert disclosures | March 25, 2019 | April 1, 2019 |
| --- | --- | --- |
| Post-discovery dispositive motion letter | April 1, 2019 | April 8, 2019 |
| Opposition to post-discovery dispositive motion letter | April 8, 2019 | April 15, 2019 |

3.   <u>The number of previous requests</u>.  The parties jointly stipulated to a 30-day extension for all remaining discovery deadlines on September 24, 2018 (Docket #34), and another 30-day extension for all remaining discovery deadlines on November 20, 2018.  (Docket #44.)

4.   <u>The reason for the current request</u>.  The parties have diligently engaged in discovery, but have been unable to find a mutually agreeable date for the depositions of Plaintiff's 30(b)(6) representatives prior to the March 18, 2019 fact discovery deadline.  If granted, the depositions would be held on March 19 and March 20, 2019.

5.   <u>Whether the adversary consents</u>.  Plaintiff does not oppose this extension.

Dated:   February 13, 2019

Respectfully submitted,

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Aneca E. Lasley*
Aneca E. Lasley
Christopher F. Haas
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
Telephone: 614-365-2700
Facsimile: 614-365-2499
Email: aneca.lasley@squirepb.com
Email: christopher.haas@squirepb.com

Stephanie E. Niehaus
Squire Patton Boggs (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
Telephone: (212) 872-9800
Fax: (212) 872-9815
E-mail: Stephanie.niehaus@squirepb.com

*Attorneys for Defendant Qatar Luxury Group, S.P.C.*

cc:   All counsel of record via ECF notice