

March 18, 2019

**BY ECF**

Hon. James L. Cott, U.S.M.J.
United States Courthouse, Southern District of New York
500 Pearl Street, Room 1360
New York, NY 10007

                Re:  Thor 680 Madison Ave LLC v. Qatar Luxury Group S.P.C. et ano.
                      Docket No. 17-cv-8528 (PGG)(JLC)

Dear Judge Cott:

     This firm represents plaintiff Thor 680 Madison Ave LLC ("Thor").  By letter dated March 15, 2019, Aneca E. Lasley, counsel for defendant Qatar Luxury Group S.P.C. ("QLG") requested that the Court enter an order compelling production of documents by Thor.  QLG has agreed to extend Thor's time to submit a letter to the Court in response to QLG's request until March 25, 2019.  Accordingly, we respectfully request that this extension be granted by the court.

                                                        Respectfully,

                                                        MATALON PLLC

                                                     /s/ Joseph Lee Matalon
                                                     Joseph Lee Matalon

cc: all counsel of record (via ECF)