

# MATALON PLLC
### ATTORNEYS AT LAW

March 18, 2019

**BY ECF**

Hon. James L. Cott, U.S.M.J.
United States Courthouse, Southern District of New York
500 Pearl Street, Room 1360
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 3/19/19

Re: Thor 680 Madison Ave LLC v. Qatar Luxury Group S.P.C. et ano.
    Docket No. 17-cv-8528 (PGG)(JLC)

Dear Judge Cott:

    This firm represents plaintiff Thor 680 Madison Ave LLC ("Thor"). By letter dated March 15, 2019, Aneca E. Lasley, counsel for defendant Qatar Luxury Group S.P.C. ("QLG") requested that the Court enter an order compelling production of documents by Thor. QLG has agreed to extend Thor's time to submit a letter to the Court in response to QLG's request until March 25, 2019. Accordingly, we respectfully request that this extension be granted by the court.

Respectfully,

MATALON PLLC

/s/ Joseph Lee Matalon
Joseph Lee Matalon

cc: all counsel of record (via ECF)

Application granted. Between now and March 25, the parties are directed to further meet and confer to see if they can narrow their disputes. SO ORDERED.

James L. Cott
USMJ  3/19/19

450 Seventh Avenue ◆ 33rd Floor ◆ New York, New York 10123 | (212) 244-9000 | www.trial-lawyer.org