UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                            :

THOR 680 MADISON AVE LLC,         :
                            :

               Plaintiff,    :
                            :

        -v-                  :
                            :

QATAR LUXURY GROUP S.P.C., *et al.*,  :
                            :

            Defendants.    :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___04/17/2019___

**ORDER**

17-CV-8528 (PGG) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      By Order dated April 2, 2019, the Court directed the parties to submit a letter to Judge

Gardephe advising him as to how they plan to consolidate their previously proposed motions and

anticipated summary judgment motions into one set of cross-motions (along with a proposed

briefing schedule) by April 9, 2019.  Dkt. No. 57.  The parties are in violation of the Court's

order, as, to date, they have not filed their letter to Judge Gardephe.  Accordingly, counsel are

directed to comply with the Court's April 2 Order and submit their letter and proposed briefing

schedule by no later than **April 19**, as well as explain their failure to comply with the April 2

Order, thus necessitating an additional court directive.

      **SO ORDERED.**

Dated:  April 17, 2019
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge