

Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio  43215

O   +1 614 365 2700
F   +1 614 365 2499
squirepattonboggs.com

Aneca E. Lasley
T   +1 614 365 2830
aneca.lasley@squirepb.com

April 18, 2019

**SUBMITTED BY ECF AND FACSIMILE**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007
Phone: (212) 805-0224
Fax: (212) 805-7986

      Re:   *Thor 680 Madison Ave LLC v. Qatar Luxury Group S.P.C., et al.*, 1:17-cv-08528 U.S.D.C., Southern District of New York (Foley Square)

Dear Judge Gardephe:

      On behalf of Defendant Qatar Luxury Group S.P.C. ("QLG"), we write to notify the Court that QLG hereby withdraws its letter-motion for a conference seeking leave to file a motion for judgment on the pleadings (Docket # 45) and its opposition to plaintiff's letter seeking leave to amend the complaint. (Docket # 48.) This withdrawal is without prejudice to QLG advancing the same arguments in a post-discovery dispositive motion, and does not constitute an abandonment of any argument or contention set forth in the letters. The parties will submit a separate stipulation permitting Thor to file its Second Amended Complaint.

      Following the parties' telephonic discovery dispute conference with Judge Cott on April 2, 2019, the parties have conferred regarding the discovery ordered following the conference. Plaintiff Thor 680 Madison Ave LLC ("Thor") has produced the ordered documents, and discovery is now closed. Based on Judge Cott's order and the rationale for streamlining the issues in this litigation set forth in the parties' proposed joint stipulation extending and altering the remaining deadlines in this case (Docket # 55), the parties respectfully propose the following schedule for the Court's consideration.

47 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

The Honorable Paul G. Gardephe
Page 2

| Event | Requested Date |
|---|---|
| Motions for summary judgment by each party | May 20, 2019 |
| Oppositions to motions | June 20, 2019 |
| Replies to oppositions | July 2, 2019 |
| Party-proponent expert disclosures | 60 days after summary judgment motions are decided |
| Party-opponent expert disclosures | 45 days after party-proponent expert disclosures |
| Complete expert discovery | 30 days after party-opponent expert disclosures |

On April 17, 2019, Judge Cott issued an order directing the parties to explain why this letter was not filed by April 9, 2019, per his April 2 order.

On April 8, 2019, Thor provided QLG with a newly amended complaint that differed from the draft that was the subject of its January 25, 2019 letter-motion to amend the complaint. The parties were negotiating the terms of the stipulation allowing Thor to file its Second Amended Complaint, reaching agreement on April 17, 2019 (before the issuance of the order requiring the parties to explain the reasons for the delay in filing this letter). During this time, the parties were negotiating the proposed deadlines included in this letter.

The parties apologize for this delay, which was not intended as disrespect or disregard for Judge Cott, Judge Cott's order, or Your Honor.

Dated:   April 18, 2019

Respectfully submitted,

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Aneca E. Lasley*
Aneca E. Lasley
Christopher F. Haas
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street

The Honorable Paul G. Gardephe
Page 3

                                                        Columbus, OH 43215
                                                        Telephone: 614-365-2700
                                                        Facsimile: 614-365-2499
                                                        Email: aneca.lasley@squirepb.com
                                                        Email: christopher.haas@squirepb.com

                                                        *Attorneys for Defendant Qatar Luxury Group, S.P.C.*

                                                        <u>/s/ Joseph Lee Matalon (*with consent*)</u>
                                                        Joseph Lee Matalon
                                                        450 Seventh Avenue, 33rd Floor
                                                        New York, New York 10123

                                                        *Attorney for Plaintiff Thor 680 Madison Ave LLC*

cc:     All counsel of record via ECF notice