**MATALON PLLC**
**450 Seventh Avenue, 33rd Floor**
**New York, New York 10123**
**Tel: (212) 244-9000**
**Email: nycourts@trial-lawyer.org**
  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                             :
**THOR 680 MADISON AVE LLC,**                                :
                                                             :     **17-cv-08528 (PGG)(JLC)**
                               **Plaintiff,**                :
                                                             :
                  -against-                                  :
                                                             :
**QATAR LUXURY GROUP S.P.C., and**                           :
**QATAR FOUNDATION FOR**                                     :
**EDUCATION, SCIENCE AND**                                   :
**COMMUNITY DEVELOPMENT,**                                   :
                                                             :
                               **Defendants**.               :
-------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon plaintiff's accompanying Memorandum of Law In

Support Of Its Motion For Partial Summary Judgment, plaintiff's Rule 56.1 Statement Of

Undisputed Facts and the Appendix submitted therewith, the Affirmation of Justin Xenitelis,

dated May 20, 2019, the Affirmation of Sam Polese dated May 20, 2019, and all the prior

pleadings and proceedings herein, plaintiff Thor 680 Madison Avenue LLC, by and through its

undersigned attorneys, will move this Court before the Honorable Paul G. Gardephe, U.S.D.J., at

the United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time

to be fixed by the Court, for an Order pursuant to Rule 56(a) of the Federal Rules of Civil

Procedure, granting plaintiff's motion for partial summary judgment on Counts I, II and III of the

Second Amended Complaint, and determining that plaintiff is entitled to recover attorneys' fees, together without such other and further relief as the Court may deem just and proper .

Dated: May 20, 2019

M A T A L O N PLLC

By: ___/s/ Joseph Lee Matalon_____
        Joseph Lee Matalon
450 Seventh Avenue, 33rd Floor
New York, New York 10123
Tel: (212) 244-9000
nycourts@trial-lawyer.org
  *Attorneys for Plaintiff*