UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| THOR 680 MADISON AVE LLC, | : |
| | : Case No.: 1:17-cv-08528 (PGG) (JLC) |
| Plaintiff, | : |
| v. | : **DEFENDANT QATAR LUXURY** |
| | : **GROUP S.P.C.'S NOTICE OF** |
| QATAR LUXURY GROUP S.P.C., and | : **MOTION FOR PARTIAL SUMMARY** |
| QATAR FOUNDATION FOR | : **JUDGMENT** |
| EDUCATION, SCIENCE AND | : |
| COMMUNITY DEVELOPMENT, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------x

PLEASE TAKE NOTICE that Defendant Qatar Luxury Group S.P.C. ("QLG"), upon its Memorandum of Law in Support of Summary Judgment, and its LR 56.1 Statement of Material Facts, moves this Court for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to QLG and against Plaintiff Thor 680 Madison Ave LLC ("Thor") on Thor's claims against QLG for breach of contract – liability for tenant's failure to build out the premises and surrender the premises in proper condition (Count I) and reformation (Count III), and partial summary judgment on Thor's claim against QLG for breach of contract – liability for tenant's damages due under the lease (Count II), as well as declaring that QLG's liability as Guarantor terminated under the Good Guy Guaranty between it and Thor.

Dated: May 20, 2019                                                     Respectfully submitted,
                                                                        SQUIRE PATTON BOGGS (US) LLP


                                                                        By: /s/ *Aneca E. Lasley*
                                                                            Aneca E. Lasley
                                                                            Christopher F. Haas
                                                                            Squire Patton Boggs (US) LLP
                                                                            2000 Huntington Center
                                                                            41 South High Street
                                                                            Columbus, OH 43215

Telephone: 614-365-2700
Facsimile: 614-365-2499
Email: aneca.lasley@squirepb.com
Email: christopher.haas@squirepb.com

Stephanie E. Niehaus
Squire Patton Boggs (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
Telephone: (212) 8729800
Facsimile: (212) 872-9815
Email: stephanie.niehaus@squirepb.com

*Attorneys for Defendant Qatar Luxury Group S.P.C*