UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOR 680 MADISON AVE. LLC,,

        Plaintiff,

- against -

QATAR LUXURY GROUP S.P.C.,

        Defendants.

**ORDER**

17 Civ. 8528 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ordered that the following schedule will apply to expert discovery: party-proponent disclosures required by FRCP 26(a)(2) are due on **December 15, 2020**; party-opponent disclosures required by FRCP 26(a)(2) are due on **February 13, 2021**; and expert discovery will be complete by **April 14, 2021**.

    It is further ordered that the following briefing schedule will apply to Plaintiff's motion to dismiss Defendant's counterclaims:

    1.    Plaintiff's motion is due on **October 9, 2020**;

    2.    Defendant's opposition is due on **October 30, 2020**; and

    3.    Plaintiff's reply, if any, is due on **November 7, 2020**.

The parties are directed to brief both whether the counterclaim was properly filed and the Rule 15 factors applicable to a motion to amend.

    It is further ordered that by **September 21, 2020**, Defendant will submit a brief letter addressing the effect of the jury waiver cited by Plaintiff.

Dated: New York, New York
       September 16, 2020

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge