

Joseph Lee Matalon
Partner

212-909-9675 Tel.

JLMatalon@wmllp.com

One Dag Hammarskjold
885 SECOND AVENUE
NEW YORK NY 10017
MAIN TEL 212 909-9500
FACSIMILE 212 371-0320

May 13, 2022

By ECF

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: May 13, 2022

Re: ***Thor 680 Madison Ave LLC v. Qatar Luxury Group S.P.C., et al.***
Civil Case Action No. 1:17-cv-08528 (PGG)

Dear Judge Gardephe:

    I write jointly on behalf of both parties to respectfully request a one business-day extension of the time to file the Joint Pre-Trial Order and related trial filings in this case. The present deadline is today, and we request an extension to Monday, May 16, 2022.

    The need for this brief extension became apparent today when the parties were trying to finalize the pretrial order. This request stems in part from my Sabbath observance, which precludes me from working past sundown today. I assure the Court that the parties have been working diligently and cooperatively, and would not inconvenience the Court with this request were it not imperative (and particularly since the Court denied the parties' recent request for a trial adjournment).

    We thank the Court for its consideration.

Respectfully,

*Joseph Lee Matalon*

Joseph Lee Matalon

cc: Gregory D. Call, Esq. (via ECF)