UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOR 680 MADISON AVE LLC,

              Plaintiff,

- against -

QATAR LUXURY GROUP S.P.C.,

              Defendant.

**ORDER**

17 Civ. 8528 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The final pretrial conference in this matter will take place on **June 9, 2022**, at **4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
         June 2, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge